JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| DEBORAH GIST,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ALLSTATE NORTHBROOK INDEMNITY COMPANY aka ALLSTATE INSURANCE COMPANY; MICHAEL BELL; and DOES 1 TO 100,<br><br>　　　　Defendants. | Case No. 8:22-cv-01340-DOC-KES<br><br>Hon. David O. Carter<br><br>**ORDER GRANTING JOINT STIPULATION CAPPING PLAINTIFF'S RECOVERABLE DAMAGES AND REMANDING ACTION TO ORANGE COUNTY SUPERIOR COURT**<br><br>*[Joint Stipulation filed concurrently.]*<br><br>[Complaint filed:　June 20, 2022<br>Trial date:　Not set.] |

SMRH:4862-6454-5839.1

Case No. 8:22-cv-01340-DOC-KES
ORDER GRANTING JOINT STIPULATION CAPPING PLAINTIFF'S RECOVERABLE DAMAGES AND REMANDING ACTION TO ORANGE COUNTY SUPERIOR COURT

1 | Based on the Joint Stipulation Capping Plaintiff's Damages and Remanding Action To Orange County Superior Court ("Stipulation") filed by Plaintiff Deborah Gist ("Plaintiff") and Defendant Allstate Northbrook Indemnity Company ("Allstate"), the Court hereby orders that:

1. This Action is hereby remanded back to Orange County Superior Court; and

2. Plaintiff Deborah Gist shall be precluded from seeking or receiving damages, including but not limited to breach of contract damages, emotional distress damages, punitive damages, and attorneys' fees, in excess of $75,000 exclusive of interest and costs, in this Action.

**IT IS SO ORDERED.**

DATED: August 19, 2022

*/s/ David O. Carter*
The Honorable David O. Carter
United States District Court Judge